```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 April 20, 2015

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY:      TS       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| JOSEPH MACHUL, | ) No. SA CV 14-00205-VBF (DFM) |
|---|---|
| Plaintiff, | ) |
| v. | ) Order Accepting Report and Recommendation of United States Magistrate Judge |
| CITY OF LONG BEACH et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendants' motion to dismiss is granted in part and denied in part as set forth in the Report and Recommendation.

///

///

3. If Plaintiff wishes to pursue this action in this Court, he is ORDERED to file a Second Amended Complaint within twenty-one (21) days of the date of this Order that corrects the pleading deficiencies identified in the Magistrate Judge's Report and Recommendation. The Second Amended Complaint may not contain any new claims for relief. It must also bear the case number SA CV 14-00205-VBF (DFM), must be a complete and independent document, and must not refer to prior pleadings. Plaintiff is cautioned that failure to file a Second Amended Complaint within the time specified in this Order may result in the dismissal of this action with prejudice on the grounds stated in the Report and Recommendation and/or for failure to prosecute.

Dated: April 20, 2015

_____
VALERIE BAKER FAIRBANK
United States District Judge