JS-6/ENTER

```
              FILED
    CLERK, U.S. DISTRICT COURT

         July 23, 2015

   CENTRAL DISTRICT OF CALIFORNIA
   BY:      TS        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH MACHUL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH et al.,<br><br>    Defendants. | Case No. SA CV 14-00205-VBF (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE WITHOUT OBJECTION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report or sought an extension of time in which to do so. IT IS HEREBY ORDERED that:

    1.    The Report and Recommendation is approved and accepted.

    2.    Judgment shall be entered separately dismissing this case without prejudice.

Dated: July 23, 2015

                                                      */s/ Valerie Baker Fairbank*
                                                      VALERIE BAKER FAIRBANK
                                                      Senior United States District Judge