JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

July 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TS _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH MACHUL, | ) | Case No. SA CV 14-00205-VBF (DFM) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LONG BEACH et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY adjudged that this action is dismissed without prejudice.

Dated: July 23, 2015

_Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
Senior United States District Judge